UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| DURRELL WILLIAMS, | ) | |
| | ) | |
|    Movant | ) | |
| | ) | |
| v. | ) | No. 2:08-cr-00112-GZS-2 |
| | ) | No. 2:12-cc-00133-GZS |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|    Respondent. | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 9, 2013, her Recommended Decision (ECF No. 226). Plaintiff filed his Objection to the Recommended Decision (ECF No. 227) on April 29, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's 28 U.S.C. § 2255 is summarily **DISMISSED**.

3. It is hereby **ORDERED** that no certificate of appealability shall be issued in the event that Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/George Z. Singal
U.S. District Judge

Dated this 17th day of May, 2013.